# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**TIMOTHY BURKE,**
**on behalf of himself and all other**
**similarly situated current and former employees,**

       **Plaintiffs,**

**v.**                             **Civil Action No: 3:16cv152-NBB-JMV**

**MANAGEMENT & TRAINING CORPORATION**

       **Defendants.**

## ORDER SUBSTITUTING PLAINTIFF

This matter came on to be heard on a Motion [110] to substitute Darlene Burke, Administratrix of the Estate of Timothy Lee Burke, as proper lead plaintiff in the place of Timothy Lee Burke, now deceased. The Court, having reviewed the Motion and finding there is no objection finds the Motion is well taken.

IT IS, THEREFORE, ORDERED that Darlene Burke, Administratrix of the Estate of Timothy Lee Burke, should be, and the same is, hereby substituted as lead Plaintiff in this cause in the place of Timothy Burke, and the Clerk is directed to amend the record of this case to reflect the change.

This, the 30th day of May, 2018.

                            /s/ Jane M. Virden
                            U. S. Magistrate Judge